UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHEAL THOMPSON,

    Plaintiff,

    v.

DUBLIN POLICE SERVICES, et al.,

    Defendants.

Case No. 24-cv-00475-DMR

**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT**

Plaintiff Micheal Thompson filed the complaint on January 25, 2024. It appears that the summons and complaint have not yet been served on Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed. Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than **May 2, 2024** why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendants.

The Initial Case Management Conference scheduled for May 1, 2024 is VACATED. The court will reschedule the case management conference as appropriate.

**IT IS SO ORDERED.**

Dated: April 25, 2024

Donna M. Ryu
Chief Magistrate Judge